1

2

3

4

5

6                          UNITED STATES DISTRICT COURT
                          WESTERN DISTRICT OF WASHINGTON
7                                   AT SEATTLE

8    RAMON SAUL SILVA, JR.,                    CASE NO. 2:21-cv-00472-JHC

9                      Plaintiff,              ORDER

10         v.

11   BENJAMIN SANDERS,

12                     Defendant.

13

14         This matter comes before the Court on Defendant Benjamin Sanders's motion to strike

15   Plaintiff's reply (Dkt. # 48).  Plaintiff Ramon Saul Silva, Jr. objected to a report and

16   recommendation (Dkt. # 45), Defendant filed a response (Dkt. # 46), and Plaintiff filed a reply to

17   the response (Dkt. # 47).  Defendant moves to strike the reply, arguing that this Court will not

18   consider such a reply under Local Civil Rule (LCR) 72(b).  Plaintiff opposes the motion,

19   explaining that he is *pro se* in multiple cases and that he made a mistake (Dkt. # 49).  LCR 72(b),

20   which addresses objections to a report and recommendation, states, "No reply will be

21   considered."  The Court thus GRANTS the motion to strike on that basis.  *See also Lambert v.*

22   *Dennis*, No. C15-1213-RSM, 2016 WL 7441012, at *1 (W.D. Wash. Dec. 27, 2016), *aff'd*, 737

23   F. App'x 354 (9th Cir. 2018) ("The Court will not consider Plaintiff's Reply").

24

ORDER - 1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

Dated this 16th day of May, 2022.

John H. Chun
United States District Judge

ORDER - 2