UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RAMON SAUL SILVA, JR.,<br><br>Plaintiff,<br><br>v.<br><br>BENJAMIN SANDERS,<br><br>Defendant. | CASE NO. 2:21-cv-00472-JHC<br><br>ORDER |

This matter comes before the Court on Plaintiff Ramon Saul Silva, Jr.'s motion for reconsideration (the "Motion") (Dkt. # 55) of the Court's order striking his reply (Dkt. # 54). Having reviewed the filing, the Court DENIES the motion. The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

Dated this 25th day of May, 2022.

*John H. Chun*
John H. Chun
United States District Judge

ORDER - 1