UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RAMON SAUL SILVA, JR., <br><br> Plaintiff, <br><br> v. <br><br> BENJAMIN SANDERS, <br><br> Defendant. | CASE NO. 2:21-cv-00472-JHC <br><br> ORDER |

This matter comes before the Court on Plaintiff Ramon Saul Silva, Jr.'s motion for explanation ("Motion"). Dkt. # 52. Plaintiff accuses the Court generally of "federal crimes, misfeasance, ethics violations, and conspiracy." *Id.* at 1. Plaintiff seeks an explanation as to why Judge Chun is now presiding over his case instead of Judge Jones. Plaintiff cites no law to support such a motion. Accordingly, the Court DENIES it. Nevertheless, the Court informs Plaintiff that Judge Chun recently joined this court. When he joined this court, numerous pending cases were transferred to him, including this case. *See* United States District Court of the Western District of Washington, General Order No. 02-21 at ¶ 13 ("The assignment of all civil and criminal cases is made subject to changes established by the chief judge for purposes of equalization of case assignments to all active judges of the district."). The Clerk is directed to

ORDER - 1

send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

Dated this 3rd day of June, 2022.

John H. Chun
United States District Judge

ORDER - 2